```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL
```

Case No.   CV 06-1060 AHS (AJW)              Date: February 22, 2011

Title: RAYMOND RENTERIA v. M. VEAL, ACTING WARDEN
================================================================
PRESENT:

        **HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE**

| Ysela Benavides | |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:   ATTORNEYS PRESENT FOR RESPONDENTS:
     None Present                          None Present


**ORDER WITHDRAWING REPORT AND RECOMMENDATION**

The report and recommendation previously issued in this case is **withdrawn**. A new report and recommendation is issued on this date.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN