UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND RENTERIA, | ) | Case No. CV 06-1060-AHS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. VEAL, Acting Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: May 5, 2011

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge